# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TARYN MURPHY and CHRIS LANDON, | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Trauger |
| | ) | Magistrate Judge Knowles |
| v. | ) | |
| | ) | Civil Action No. 3:10-0530 |
| SERGY LAZAREV, | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

## AGREED ORDER

Upon Joint Motion of the parties, upon an agreement between the parties as evidenced by the submission of the Joint Motion to extend the deadline to file dispositive motions and responses and replies thereto, and for good cause shown, it is hereby

ORDERED that the deadline to file dispositive motions is extended to August 28, 2013, the deadline to file responses to dispositive motions is extended to September 18, 2013, and the deadline to file replies, if any, is extended to October 2, 2013.

_____
Aleta A. Trauger
United States District Judge

APPROVED FOR ENTRY:

s/G. Kline Preston, IV_____
G. Kline Preston, IV
Kline Preston Law Group, P.C.
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
kpreston@klinepreston.com

Attorney for Plaintiffs

**The undersigned Filing User represents
that all signatories have consented
to the filing of this document.**

s/Amy J. Everhart_____
Amy J. Everhart (BPR # 019374)
Maria A. Spear (BPR #029407)
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
(615) 800-8919 (phone)
(615) 800-8918 (fax)
amy@everhartlawfirm.com
maria@everhartlawfirm.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing through the Court's CM/ECF electronic noticing system upon the following:

>G. Kline Preston, IV
>Kline Preston Law Group, P.C.
>Belle Meade Office Park
>4515 Harding Pike, Suite 107
>Nashville, TN 37205
>kpreston@klinepreston.com

on this the 12th day of August, 2013.

s/ Amy J. Everhart_____